STATE OF CONNECTICUT *v.* ANTHONY R. LASELVA

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County at Waterbury is dismissed.

*Francis M. McDonald,* state's attorney, for the appellant (state).

No appearance for the appellee (defendant).

Argued November 2—decided November 2, 1971

DOMENICK DALONZO *v.* JOSEPH PASQUINO

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Peter J. Weissman,* for the appellee (plaintiff).

No appearance for the appellant (defendant).

Argued November 2—decided November 2, 1971

WILLIAM G. MAJOR CONSTRUCTION COMPANY, INC. *v.* JOHN DEMICHELY ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Jules Lang,* for the appellee (plaintiff).

*Raymond F. Ross,* for the appellant (named defendant).